IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GRANVILLE SCRUGGS II,
U.S. CITIZEN                                                                                        PLAINTIFF

v.                                                      CIVIL ACTION NO.: 3:18-CV-179-NBB-JMV

THE UNITED STATES BUREAU
OF ENGRAVING AND PRINTING,
DEPARTMENT OF THE TREASURY                                            DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting an immunity defense… stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. Civ. R. 16(b)(3)(B).

Defendants have filed a motion to dismiss, or in the alternative for summary judgement premised, in part, on sovereign immunity. [Doc. #9]. Accordingly, staying discovery in this case is appropriate at this time.

If any party desires to take immunity-related discovery, they must file a motion for leave to do so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion for immunity-related discovery.

1

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity motions and shall submit a proposed order lifting the stay.

**SO ORDERED** this, October 30, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**