In the United States District Court For the District of Northern Mississippi

Granville Scruggs II, U.S. Citizen,)

v.

The United States,)            Case No: 3:18-CV-179-NBB-JMV

Bureau of Engraving and Printing,)

Department of the Treasury,)            JURY DEMAND

## Motion [Fed. Rule 60(b)(6)] to Lift Stay to Resolve Immunity Related issues

On October 30, 2018 (Docket No. 11) Honorable Judge Virden imposed a stay. I, Plaintiff, hereby move to lift the stay to resume proceedings for good cause because (1) On November 1, 2018 Plaintiff was served a Fed. R. Civ. P 12 (b) motion and under Fed. R. Civ. P. 15 (a) (1) (B) Plaintiff is entitled to amend the complaint which would resolve immunity related issues among other things material to this proceeding. (2) Plaintiff recently served counsel a Notice and Request of Admissions (Fed. R. Civ. P. 36) which requests counsel to admit the United States has no immunity in this case, among other things material to this proceeding. (3) Plaintiff needs to file a motion to strike counsels memorandum, motion, and accompanying exhibits because it can be shown they burden this proceeding [going as far to reference a social security case] being inadequately pled and these pleadings violate the rules of professional conduct as attorneys since their documents only appear to show the United States has already settled this case which entitled it to immunity.

The resuming of this case along with the filing of these documents would lead to the discovery in law and fact that counsel or the United States Attorneys' Office is intending to deceive the court such as it did in the District of Columbia by falsely construing facts about

Plaintiffs' claims ( in short falsely by merging four claims into one) before a tribunal to obtain a prejudicial and incorrect dismal.

In resuming the proceeding to resolve immunity related issues, the filing and review of the attached documents would enable the Court should see an order is necessary to give counsel between 7-30 days to respond accordingly.

This is because if this matter has already been justly settled meaning the United States retains sovereign immunity, as alleged, it would be because the United States et al has properly gathered the facts, applied law, and could produce a preponderance of evidence to support its filings (docket 9 and 10) such as (1) proof my July, September, and December 2014 are not mutilated currency as stated on the complaints but novelty currency that Plaintiff bought from the United States or obtained from the Federal Reserve, (2) a document showing a cease and desist/warning to Plaintiff, charges or indictment as required under federal, statutory, and constitutional law showing wrongdoing, false and fraudulent claims, and (3) showing the United States et al has committed no wrongdoing in regards to Plaintiffs' right to redeem lawfully held mutilated currency because it was legally seized and compensation is not due because wrong doing, charges, or an indictment can be presented showing Plaintiffs unlawful acts.

In conclusion, the court should lift the stay in order to resolve immunity related issues because Plaintiff needs to for good cause (a) file the attached amended complaint in accordance to Fed. R. Civ. P 15; (b) file a motion to strike counsels pleadings because they can be shown to be immaterial to this proceeding; (c) to file the Fed. R. Civ. P. 36 Notice to give the Defendants between 7-30 days chance to show that the United States has immunity because they have properly gathered the facts in relation to the complaint and acted justly by applying federal mutilated currency law, statutory and constitutional law in regards to Plaintiffs July, September,

and December 2014 claims with his rights as a U.S. citizen for them to not be redeemed or compensated for and (d) to show a preponderance of evidence Plaintiff bought his July, September, December 2014 from the United States and unlawfully submitted them not being the owner by showing they are false, and fraudulent claims to the Court.

Respectfully,

*[signature]*

In the United States District Court For the District of Northern Mississippi

**Granville Scruggs II, U.S. Citizen,)**

**v.**

**The United States,)**  Case No: 3:18-CV-179-NBB-JMV

**Bureau of Engraving and Printing,)**

**Department of the Treasury,)**  JURY DEMAND

## [PROPOSED] ORDER LIFTING STAY TO RESUME PROCEEDINGS

Upon consideration of Plaintiff's Motion to Lift Stay, and the existing record, good cause having been shown with the attached documents, it is hereby **ORDERED** that Plaintiffs' Motion to Lift Stay be **GRANTED**. The clerk is directed to file the attached documents. The Defendants are hereby **ORDERED** to respond to Plaintiffs' recently filed amended complaint, notice of request for admissions, and motion to strike within 14 days.

Date: _____

_____

HONORABLE Jane M. Virden

## **Certificate of Service**

I, Plaintiff, pro se, certify that counsel has been properly served these documents pursuant Fed. R. Civ P. 5 (b) (E) November 5, 2018.

Respectfully

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

# USPS Click-N-Ship®

**P** $6.70 US POSTAGE Flat Rate Env
uspts.com
9405 5036 9930 0320 0425 36 0067 0000 0013 8655

11/05/2018   Mailed from 38654   062S0000001310

## PRIORITY MAIL 1-DAY™

GRANVILLE SCRUGGS II
12860 PINE CREST DR
OLIVE BRANCH MS 38654-6590

Expected Delivery Date: 11/06/18

0006

**Carrier -- Leave if No Response**   C008

SHIP TO:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF MS
911 JACKSON AVE E
STE 369
OXFORD MS 38655-3622

### USPS TRACKING #



9405 5036 9930 0320 0425 36

Electronic Rate Approved #038555749

PRIORITY MAIL
- DATE OF DELIVERY SPECIFIED
- USPS TRACKING™ INCLUDED
- INSURANCE INCLUDED
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014